# Court of Appeals
# of the State of Georgia

ATLANTA,  October 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0225.  ETOWAH ENVIRONMENTAL GROUP, LLC v. ADVANCED DISPOSAL SERVICES, INC.**

Upon consideration of the APPELLANT'S MOTION TO WITHDRAW APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*